FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 1

Case No: 04-39947 SQU Judge: JOHN H. SQUIRES  
Case Name: PRESENTATION SYSTEMS INC

For Period Ending: 09/09/08

Trustee Name: GINA B. KROL  
Date Filed (f) or Converted (c): 10/27/04 (f)  
341(a) Meeting Date: 12/15/04  
Claims Bar Date: 05/10/05

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. BANK ACCONTS | 2,372.00 | 0.00 | | 7,358.55 | FA |
| 2. ACCOUNTS RECEIVABLE | 36,970.28 | 11,880.73 | | 3,224.50 | FA |
| 3. OFFICE EQUIPMENT | 1,500.00 | 0.00 | | 0.00 | FA |
| 4. GOOD WILL & TELEPHONE NUMBER (u) | 0.00 | 1,000.00 | | 5,000.00 | FA |
| 5. TAX REFUND (u) | 0.00 | 118.11 | | 118.11 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 324.71 | Unknown |

TOTALS (Excluding Unknown Values)     $40,842.28     $12,998.84     $16,025.87

Gross Value of Remaining Assets $0.00

(Total Dollar Amount in Column

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee to review claims, file tax returns and file final report

Initial Projected Date of Final Report (TFR): 12/31/05  Current Projected Date of Final Report (TFR): 04/30/08

_____ Date: _____  
GINA B. KROL

LFORM1

Ver: 14.00