JOSEPH E. COHEN
COHEN & KROL
105 West Madison Street
Chicago, IL  60602
Suite 1100


Invoice submitted to:
PRESENTATION SYSTEMS, INC.
Chapter 7  Case No. 04-39947
Gina B. Krol Trustee
Judge John H. Squires


August 21, 2008


Professional Services

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| **COMPENSATION** | | | |
| 6/27/2006 GBK | Prepare one page notice of Trustee's First Application for Compensation of Alan Lasko to be sent to all creditors. Prepare proof of service. | 0.55<br>350.00/hr | 192.50 |
| GBK | Review first request for fees and expenses of Alan Lasko. Prepare Trustee's Application for Compensation. | 0.60<br>350.00/hr | 210.00 |
| 7/14/2006 GBK | Court Appearance for Hearing on Trustee's First Motion for Compensation of Alan Lasko. Prepare proposed order. | 1.00<br>350.00/hr | 350.00 |
| 4/2/2007 GBK | Prepare one page notice of Trustee's Second Application for Compensation of Alan Lasko to be sent to all creditors. Prepare proof of service. | 0.50<br>375.00/hr | 187.50 |
| GBK | Review second request for fees and expenses of Alan Lasko. Prepare Trustee's Second Application for Compensation. | 0.45<br>375.00/hr | 168.75 |
| 4/27/2007 GBK | Court Appearance for Hearing on Trustee's Second Motion for Compensation of Alan Lasko. Prepare proposed order. | 0.60<br>375.00/hr | 225.00 |
| SUBTOTAL: | | [     3.70 | 1,333.75] |
| **OBJECTION CLAIM** | | | |
| 6/16/2006 GBK | Review claim of Michael Lawson. Exceeds priority amount. Prepare Trustee's Objection to Claim. | 0.70<br>350.00/hr | 245.00 |

PRESENTATION SYSTEMS, INC.             Page 2

| Date | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 7/7/2006 | GBK | Telephone call from Michael Lawson reg. Trustee's objection to his claim. | 0.20<br>290.00/hr | 58.00 |
| 7/28/2006 | GBK | Court appearance for hearing on Trustee's Objection to Claim. Prepare proposed order. | 0.85<br>350.00/hr | 297.50 |
| | | SUBTOTAL: | [ 1.75 | 600.50] |

PROF EMPLOYMENT

| Date | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 12/21/2004 | GBK | Prepare Trustee's Motion to Employ Attorneys for Trustee. Prepare affidavit of disinterestedness | 0.50<br>315.00/hr | 157.50 |
| 1/7/2005 | GBK | Court appearance for hearing on Trustee's Motion to Employ Attorneys for Trustee. Prepare proposed order. | 0.65<br>330.00/hr | 214.50 |
| 2/7/2006 | GBK | Prepare Trustee's Motion to Employ Accountant. Prepare affidavit of disinterestedness. | 0.50<br>350.00/hr | 175.00 |
| 2/10/2006 | GBK | Court appearance for hearing onTrustee's Motion to Employ Accountant. Prepare proposed order. | 0.60<br>350.00/hr | 210.00 |
| | | SUBTOTAL: | [ 2.25 | 757.00] |

SALE OF ASSETS

| Date | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 1/18/2005 | GBK | Prepare one page notice to all creditors of hearing on Trustee's Motion for Authority to Accept Offer. Prepare proof of service | 0.50<br>330.00/hr | 165.00 |
| | GBK | Review offer received by Trustee and Prepare Trustee's Motion for Authority to Accept Offer. | 0.65<br>330.00/hr | 214.50 |
| 2/11/2005 | GBK | Court appearance for hearing on Trustee's Motion To Accept Offer. Prepare proposed order. Cont'd to 2/18 for amended notice | 0.85<br>330.00/hr | 280.50 |
| 2/18/2005 | GBK | Court appearance for hearing on Trustee's Motion To Accept Offer. Order entered. | 0.85<br>330.00/hr | 280.50 |
| 2/21/2005 | GBK | Prepare Trustee's Motion To Vacate Prior Order and Accept New Offer at higher amount. | 0.65<br>330.00/hr | 214.50 |
| 2/25/2005 | GBK | Court appearance for hearing on Trustee's Motion To Vacate Prior Order and Accept New Offer at higher amount. Prepare proposed Order which was entered. | 0.80<br>330.00/hr | 264.00 |
| | | SUBTOTAL: | [ 4.30 | 1,419.00] |

PRESENTATION SYSTEMS, INC.      Page 3

| | Hours | Amount |
|---|---|---|
| For professional services rendered | 12.00 | $4,110.25 |

Additional Charges :

**$FEDEX**

| | | |
|---|---|---|
| 12/16/2004 Federal Express of Keys to premises to Don Dodge so that he can do appraisal | | 15.09 |
| SUBTOTAL: | [ | 15.09] |

**$PHOTOCOPIES**

| | | |
|---|---|---|
| 1/18/2005 187 copies of Trustee's Motion to Accept Higher Offer. Sent to all creditors. | | 18.70 |
| 2/22/2005 49 Copies of Trustee's Motion to Vacate Order and to Accept Higher Offer | | 4.90 |
| 2/3/2006 42 Copies of Trustee's Motion to Employ Accountant. | | 4.20 |
| 4/26/2006 185 copies of Trustee's First Motion to Pay Accountant. Sent to all creditors. | | 18.50 |
| 6/19/2006 Copies for service & courtesy copy to chambers. | | 4.40 |
| 4/2/2007 185 copies of Trustee's Second Motion to Pay Accountant. Sent to all creditors. | | 18.50 |
| SUBTOTAL: | [ | 69.20] |

**$POSTAGE**

| | | |
|---|---|---|
| 1/18/2005 Mailing Trustee's Motion to Accept Higher Offer. Sent to all creditors. | | 18.13 |
| 2/22/2005 Mailing Trustee's Motion to Vacate Order and to Accept Higher Offer | | 2.40 |
| 2/3/2006 MailingTrustee's Motion to Employ Accountant. | | 5.04 |
| 6/20/2006 MailingTrustee's First Motion to Pay Accountant. Sent to all creditors. | | 24.96 |
| 4/2/2007 MailingTrustee's Second Motion to Pay Accountant. Sent to all creditors. | | 24.96 |
| SUBTOTAL: | [ | 75.49] |
| Total additional charges | | $159.78 |
| Total amount of this bill | | $4,270.03 |
| Balance due | | $4,270.03 |

PRESENTATION SYSTEMS, INC.                                                                            Page     4

## ATTORNEY Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| GINA B. KROL | 1.55 | 375.00 | $581.25 |
| GINA B. KROL - 2004 | 0.50 | 315.00 | $157.50 |
| GINA B. KROL - 2005 | 4.95 | 330.00 | $1,633.50 |
| GINA B. KROL - 2006 | 4.80 | 350.00 | $1,680.00 |
| GINA B. KROL - 2006 | 0.20 | 290.00 | $58.00 |