**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1

| Case No: | 04-39947 -SQU | Trustee Name: | GINA B. KROL |
|---|---|---|---|
| Case Name: | PRESENTATION SYSTEMS INC | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******2706  BofA - Money Market Account |
| Taxpayer ID No: | *******6323 | | |
| For Period Ending: | 09/11/08 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| C 01/10/05 | 2 | Federal Express<br>P.O. Box 727<br>Memphis, TN  38194 | A/R<br>Account Receivable due Debtor | 1121-000 | 10.44 | | 10.44 |
| C 01/10/05 | 2 | Moore Wallace<br>One Canterbury Green<br>5th Floor<br>Stamford, Connecticut  06901 | A/R<br>Account Receivable due Debtor | 1121-000 | 3,224.50 | | 3,234.94 |
| C 01/19/05 | 1 | Harris Bank Naperville<br>503 N. Washington Street<br>Naperville, IL  60563 | | 1129-000 | 7,358.55 | | 10,593.49 |
| C 01/31/05 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.100 | 1270-000 | 0.32 | | 10,593.81 |
| C 02/28/05 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.250 | 1270-000 | 2.03 | | 10,595.84 |
| C 03/01/05 | 4 | Gary Eakins<br>National Vinyl Products<br>970 Rozier Street<br>P.O. Box 487<br>Ste. Genevieve, MO  63670 | | 1229-000 | 5,000.00 | | 15,595.84 |
| C 03/01/05 | 000301 | International Sureties<br>Suite 1700<br>210 Baronne St.<br>New Orleans, LA  70112 | BOND<br>BOND | 2300-000 | | 10.72 | 15,585.12 |
| C 03/31/05 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.250 | 1270-000 | 3.20 | | 15,588.32 |
| C 04/29/05 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.250 | 1270-000 | 3.20 | | 15,591.52 |

LFORM2T4

Ver: 14.00

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 04-39947 -SQU | Trustee Name: | GINA B. KROL |
|---|---|---|---|
| Case Name: | PRESENTATION SYSTEMS INC | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******2706 BofA - Money Market Account |
| Taxpayer ID No: | *******6323 | | |
| For Period Ending: | 09/11/08 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1<br>Transaction<br>Date | 2<br>Check or<br>Reference | 3<br>Paid To / Received From | 4<br>Description Of Transaction | Uniform<br>Trans. Code | 5<br>Deposits ($) | 6<br>Disbursements ($) | 7<br>Account / CD<br>Balance ($) |
|---|---|---|---|---|---|---|---|
| C  05/02/05 | 5 | Internal Revenue Service | | 1224-000 | 118.11 | | 15,709.63 |
| C  05/31/05 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.250 | 1270-000 | 3.34 | | 15,712.97 |
| C  06/30/05 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.250 | 1270-000 | 3.23 | | 15,716.20 |
| C  07/29/05 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.250 | 1270-000 | 3.33 | | 15,719.53 |
| C  08/31/05 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.600 | 1270-000 | 8.02 | | 15,727.55 |
| C  09/30/05 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.600 | 1270-000 | 7.76 | | 15,735.31 |
| C  10/31/05 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.600 | 1270-000 | 8.02 | | 15,743.33 |
| C  11/30/05 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.600 | 1270-000 | 7.76 | | 15,751.09 |
| C  12/30/05 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.600 | 1270-000 | 8.02 | | 15,759.11 |
| C  01/31/06 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.600 | 1270-000 | 8.04 | | 15,767.15 |
| C  02/28/06 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 11.23 | | 15,778.38 |
| C  03/01/06 | 000302 | International Sureties<br>Suite 500<br>203 Carondelet Street<br>New Orleans, LA  70130 | BOND<br>BOND | 2300-000 | | 8.22 | 15,770.16 |
| C  03/31/06 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 13.40 | | 15,783.56 |
| C  04/28/06 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 12.97 | | 15,796.53 |

LFORM2T4

Ver: 14.00

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 04-39947 -SQU  
Case Name: PRESENTATION SYSTEMS INC  
Taxpayer ID No: *******6323  
For Period Ending: 09/11/08  

Trustee Name: GINA B. KROL  
Bank Name: BANK OF AMERICA, N.A.  
Account Number / CD #: *******2706 BofA - Money Market Account  

Blanket Bond (per case limit): $ 5,000,000.00  
Separate Bond (if applicable):

| 1 Transaction Date | 2 Check or Reference | 3 Paid To / Received From | 4 Description Of Transaction | Uniform Trans. Code | 5 Deposits ($) | 6 Disbursements ($) | 7 Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| C 05/31/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 13.42 | | 15,809.95 |
| C 06/30/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 12.99 | | 15,822.94 |
| C 07/17/06 | 000303 | Alan D. Lasko<br>29 S. LaSalle St., Ste. 434<br>Chicago, IL 60603 | Accountant Fees per Court Order | 3410-000 | | 3,114.80 | 12,708.14 |
| C 07/17/06 | 000304 | Alan D. Lasko<br>29 S. LaSalle St., Ste. 434<br>Chicago, IL 60603 | Accountant Expenses per Court Order | 3420-000 | | 35.17 | 12,672.97 |
| C 07/31/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 12.49 | | 12,685.46 |
| C 08/31/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 10.77 | | 12,696.23 |
| C 09/29/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 10.43 | | 12,706.66 |
| C 10/31/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 10.80 | | 12,717.46 |
| C 11/30/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 10.45 | | 12,727.91 |
| C 12/29/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 10.80 | | 12,738.71 |
| C 01/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 10.83 | | 12,749.54 |
| C 02/15/07 | 000305 | International Sureties, Ltd.<br>Suite 500<br>203 Carondelet Street<br>New Orleans, LA 70130 | BOND<br>BOND | 2300-000 | | 9.84 | 12,739.70 |

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 4

| Case No: | 04-39947 -SQU | | Trustee Name: | GINA B. KROL |
| Case Name: | PRESENTATION SYSTEMS INC | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******2706 BofA - Money Market Account |
| Taxpayer ID No: | *******6323 | | | |
| For Period Ending: | 09/11/08 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| C 02/28/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 9.78 | | 12,749.48 |
| C 03/30/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 10.82 | | 12,760.30 |
| C 04/30/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 10.50 | | 12,770.80 |
| * C 05/02/07 | 000306 | Alan D. Lasko<br>ALAN D. LASKO & ASSOCIATES<br>29 S. LaSalle St., Ste. 1240<br>Chicago, IL 60603 | Accountant Fees & Expenses<br><br>Fees 820.60<br>Expenses 10.00 | <br><br>3410-003<br>3420-003 | | 830.60 | 11,940.20<br><br><br>11,940.20<br>11,940.20 |
| * C 05/02/07 | 000306 | Alan D. Lasko<br>ALAN D. LASKO & ASSOCIATES<br>29 S. LaSalle St., Ste. 1240<br>Chicago, IL 60603 | Accountant Fees & Expenses<br><br>Fees ( 820.60 )<br>Expenses ( 10.00 ) | <br><br>3410-003<br>3420-003 | | -830.60 | 12,770.80<br><br><br>12,770.80<br>12,770.80 |
| C 05/02/07 | 000307 | Alan D. Lasko<br>ALAN D. LASKO & ASSOCIATES<br>29 S. LaSalle Street, Ste. 1240<br>Chicago, IL 60603 | Attorneys Fees per Court Order | 3410-000 | | 830.60 | 11,940.20 |
| C 05/02/07 | 000308 | Alan D. Lasko<br>ALAN D. LASKO & ASSOCIATES<br>29 S. LaSalle Street, Ste. 1240<br>Chicago, IL 60603 | Attorneys Expenses per Court Order | 3420-000 | | 10.00 | 11,930.20 |

LFORM2T4

Ver: 14.00

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 5

| Case No: | 04-39947 -SQU | Trustee Name: | GINA B. KROL |
|---|---|---|---|
| Case Name: | PRESENTATION SYSTEMS INC | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******2706  BofA - Money Market Account |
| Taxpayer ID No: | *******6323 | | |
| For Period Ending: | 09/11/08 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1<br>Transaction<br>Date | 2<br>Check or<br>Reference | 3<br>Paid To / Received From | 4<br>Description Of Transaction | Uniform<br>Trans. Code | 5<br>Deposits ($) | 6<br>Disbursements ($) | 7<br>Account / CD<br>Balance ($) |
|---|---|---|---|---|---|---|---|
| C  05/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 10.32 | | 11,940.52 |
| C  06/29/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 9.81 | | 11,950.33 |
| C  07/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 10.16 | | 11,960.49 |
| C  08/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 10.16 | | 11,970.65 |
| C  09/28/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.750 | 1270-000 | 7.62 | | 11,978.27 |
| C  10/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.750 | 1270-000 | 7.63 | | 11,985.90 |
| C  11/30/07 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 6.40 | | 11,992.30 |
| C  12/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.500 | 1270-000 | 5.73 | | 11,998.03 |
| C  01/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.400 | 1270-000 | 4.75 | | 12,002.78 |
| C  02/11/08 | 000309 | International Sureties, Ltd.<br>Suite 420<br>701 Poydras Street<br>New Orleans, LA  70139 | | 2300-000 | | 11.29 | 11,991.49 |
| C  02/29/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.300 | 1270-000 | 2.85 | | 11,994.34 |
| C  03/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.250 | 1270-000 | 2.83 | | 11,997.17 |
| C  04/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.250 | 1270-000 | 2.46 | | 11,999.63 |
| C  05/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.150 | 1270-000 | 1.52 | | 12,001.15 |

LFORM2T4

Ver: 14.00

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 04-39947 -SQU
Case Name: PRESENTATION SYSTEMS INC
Taxpayer ID No: *******6323
For Period Ending: 09/11/08

Trustee Name: GINA B. KROL
Bank Name: BANK OF AMERICA, N.A.
Account Number / CD #: *******2706  BofA - Money Market Account
Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 Transaction Date | 2 Check or Reference | 3 Paid To / Received From | 4 Description Of Transaction | 5 Uniform Trans. Code | 5 Deposits ($) | 6 Disbursements ($) | 7 Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| C  06/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.150 | 1270-000 | 1.48 | | 12,002.63 |
| C  07/31/08 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 1.52 | | 12,004.15 |
| C  08/29/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.150 | 1270-000 | 1.52 | | 12,005.67 |

\* Reversed
t  Funds Transfer
C  Bank Cleared

| Account *******2706 | | | | |
|---|---|---|---|---|
| | Balance Forward | 0.00 | | |
| 5  Deposits | 15,711.60 | | 10  Checks | 4,030.64 |
| 44  Interest Postings | 324.71 | | 0  Adjustments Out | 0.00 |
| | | | 0  Transfers Out | 0.00 |
| Subtotal | $ | 16,036.31 | | |
| | | | Total | $  4,030.64 |
| 0  Adjustments In | 0.00 | | | |
| 0  Transfers In | 0.00 | | | |
| Total | $ | 16,036.31 | | |

/s/   GINA B. KROL

LFORM2T4

Ver: 14.00

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 7

| Case No: | 04-39947 -SQU | Trustee Name: | GINA B. KROL |
| Case Name: | PRESENTATION SYSTEMS INC | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******2706 BofA - Money Market Account |
| Taxpayer ID No: *******6323 | | | |
| For Period Ending: 09/11/08 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

Trustee's Signature: _____ Date: 09/11/08
GINA B. KROL

LFORM2T4

Ver: 14.00