UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| PRESENTATION SYSTEMS INC | ) | Case No. 04-39947-SQU |
| | ) | |
| Debtor(s). | ) | Hon. JOHN H. SQUIRES |

**Notice of Trustee's Final Report, Hearing on Applications
for Compensation, and Hearing on the Abandonment
of Property by the Trustee**

To the Debtor(s), Creditors and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held

    At:   DuPage County Courthouse, 505 N. County Farm Rd., Courtroom 4016, Wheaton, IL  60187

    On: **October 17, 2008**          Time: **10:00 a.m.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court.  ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT NOT REQUIRED.

3. The Trustee's Final Report shows total:

    Receipts                                                                                  $16,033.27

    Disbursements                                                                       $4,030.64

    Net Cash Available for Distribution                                      $12,002.63

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---:|---:|---:|
| GINA B. KROL<br>*Trustee Compensation* | $0.00 | $2,353.33 | $0.00 |
| COHEN & KROL<br>*Attorney for Trustee* | $0.00 | $4,110.25 | $159.78 |
| ALAN K. LASKO<br>*Accountant for Trustee* | $3,945.40 | $0.00 | $0.00 |

5. Applications for Chapter 11 fees and administrative expenses have been filed as follows: N/A

6. In addition to the expenses of administration listed above as may be allowed by the Court, priority wage claims totaling $9,850.00 must be paid in full for there to be any dividend to general unsecured creditors. The priority wage dividend is anticipated to be 47.5508% .

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| 000014 | Michael Lawson | $4,925.00 | $2,341.88 |
| 000015 | Mary Ann Monzel | $4,925.00 | $2,341.87 |
| | Internal Revenue Service Estate withholding tax liability | $290.40 | $290.39 |
| | Federal Unemployment Insurance Estate withholding tax liability | $37.46 | $37.46 |
| | Internal Revenue Service Estate withholding tax liability | $67.92 | $67.91 |
| | State Unemployment Insurance Estate withholding tax liability | $299.76 | $299.76 |
| | Internal Revenue Service Pre-petition withholding tax liability | $2,469.39 | $0.00 |
| | Illinois Department Of Revenue Pre-petition withholding tax liability | $546.00 | $0.00 |

7. Claims of general unsecured creditors totaling $104,002.80 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 0.0000% .

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Amount of Claim | Proposed Payment |
|---|---|---|---|
| | Michael Lawson | $54,074.10 | $0.00 |
| | Mary Ann Monzel | $8,008.35 | $0.00 |
| 000001 | Federal Express Corporation | $911.70 | $0.00 |
| 000002 | Anselmo Die & Index Company, Inc | $8,871.75 | $0.00 |
| 000003 | The Tab Shoppe | $5,733.81 | $0.00 |
| 000004 | Jmb Products | $6,500.00 | $0.00 |
| 000005 | American Graphics Systems | $1,318.68 | $0.00 |
| 000006 | Kruysman | $2,026.00 | $0.00 |
| 000007 | Southwest Plastics | $2,000.00 | $0.00 |
| 000008 | American Loose Leaf | $625.10 | $0.00 |
| 000009 | Butterfield Properties | $4,007.00 | $0.00 |
| 000010 | Fedex Freight | $328.69 | $0.00 |
| 000011 | Marketing 4 Inc. | $3,128.31 | $0.00 |
| 000012 | American Express Travel Related Svc | $3,687.19 | $0.00 |
| 000013 | Arris Industries | $2,050.00 | $0.00 |
| 000016 | Rochester 100 | $732.12 | $0.00 |

8. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

9. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the CLERK OF BANKRUPTCY COURT, KENNETH S. GARDNER, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee applications(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

10. Debtor(s) have not been discharged.

11. The Trustee proposes to abandon the following property at the hearing:

| Name of Property | Scheduled Value |
|---|---|
| NONE | $ |

Dated: **September 18, 2008**         For the Court,

                            By:   **KENNETH S. GARDNER**
                                  CLERK OF BANKRUPTCY COURT
                                  KENNETH S. GARDNER

Trustee:     Gina B. Krol
Address:     105 West Madison Street
             Suite 1100
             Chicago, IL  60602-0000
Phone No.:   (312) 368-0300

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

9947   Doc 40   Filed 09/18/08   Entered 09/20/08 23:57:36   Desc Imaged
Certificate of Service   Page 4 of 5

# CERTIFICATE OF SERVICE

```
District/off: 0752-1            User: amcc7                 Page 1 of 2         Date Rcvd: Sep 18, 2008
Case: 04-39947                  Form ID: pdf002             Total Served: 37
```

The following entities were served by first class mail on Sep 20, 2008.
```
db          +Presentation Systems Inc,    477 Butterfield Road,    Suite 007,    Lombard, IL 60148-5611
aty         +Joseph E Cohen, Atty,    Cohen & Krol,    105 West Madison Suite 1100,    Chicago, IL 60602-4600
aty         +Michael A Cotteleer,    207 N Washington St,    Wheaton, IL 60187-5314
tr          +Gina B Krol, ESQ,    Cohen & Krol,    105 West Madison St Ste 1100,    Chicago, IL 60602-4600
8628263     +A-Line Manufacturing,    1150 Medlin Rd.,    Centralia, IL 62801-9712
8628264      American Express,    P.O. Box 650448,    Dallas, TX 75265-0448
9071034      American Express Travel Related Svcs Co,    Inc Corp Card,    c/o Becket and Lee, LLP,
              P.O. Box 3001,    Malvern, PA 19355-0701
8628265     +American Graphics Systems,    7650 185th Street,    Tinley Park, IL 60477-6289
8628266     +American Loose Leaf,    4015 Pappin Street,    St. Louis Mo 63110-1731
8763044     +Anselmo Die & Index Company, Inc,    Chitkowski Law Office,    801 Warrenville Road Suite 620,
              Lisle, Illinois 60532-4348
8628267     +Arris industries,    7106 Lyndon,    Rosemont, IL 60018-3412
8628268     +Butterfield Properties,    477 E. Butterfield Rd.,    Suite 500,    Lombard, IL 60148-7022
8628269     +Butterfield Properties,    477 E. Butterfiled Rd.,    Suite 500,    Lombard, IL 60148-7022
8628270     +Charles Leonard,    79-11 Cooper Ave.,    Glendale, NY 11385-7528
8628271     +Chitkowski Law Offices,    801 Warrenville Rd.,    Suite 620,    Lisle IL 60532-4348
8628273      FedEx,    P.O. Box 94515,    Palatine, IL 60094-4515
8628274     +FedEx freight,    4103 Collection Center Drive,    Chicago, IL 60693-0041
8726275     +Federal Express Corporation,    Attn: Revenue Recovery/Bankruptcy,
              2005 Corporate Avenue 2nd Floor,    Memphis, TN 38132-1796
9022252      Fedex Freight,    Fedex Freight,    Delivery Code 2259,    P O Box 840,    Harrison, AR  72602-0840
8628276      Genesis Packaging & Design,    20 W 345-A 101st Street,    Lemont, IL 60139
11456082    ++ILLINOIS DEPARTMENT OF REVENUE,    P O BOX 64338,    CHICAGO IL 60664-0338
             (address filed with court: Illinois Department of Revenue,    Bankrupycy Section,
              100 West Randolph Street Level 7-400,    Chicago, Illinois  60601)
10775295    ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 21126,
              PHILADELPHIA PA 19114-0326
             (address filed with court: Department of the Treasury-Internal Revenue Servic,
              Centralized Insolvency Operations,    P O Box 21126,    Philadelphia, PA 19114)
8628277     +Image Matters,    155 Commerce Drive,    Advance, NC 27006-6926
8628278     +JMB Products,    1401 Davey Rd.,    Suite 800,    Woodridge,IL 60517-4997
8628279     +Kruysman,    International Filing Co.,    Lockbox 2046,    P.O. Box 8500,
              Philadelphia, PA 19178-8500
8628283      MCI,    P.O. Box 96022,    Charlotte, NC 28296-0022
8628280     +Marketing 4 Inc.,    398 W. Wrightwood Avenue,    Elmhurst, IL 60126-1039
8628281     +Mary Ann Monzel,    2 S. 571 Sova Lane,    Warrenville, IL 60555-1446
8628284     +Michael Lawson,    23 E. Craig Street,    Chicago Heights, IL 60411-1167
8628285     +National Vinyl Products,    P.O. Box 487,    Ste. Genevieve, MO 63670-0487
8628286      PBCC,    P.O. Box 856460,    Louisville, KY 40285-6460
8628287      Pitney Bowes Purchase Power,    P.O. Box 856042,    Louisville, KY 40285-6042
8628288     +Rochester 100,    40 Jefferson Rd.,,    Rochester, NY 14623-2132
8628289      SBC,    Bill Payment Center,    Chicago, IL 60663-0001
8628290     +Southwest Plastics,    109 Millwood Drive,    P.O. Box 150,    Maryland heights, IL 63043-9150
8628292     +Sure Shot Presentation,    11956 Oakcreek Parkway,    Huntley, IL 60142-6728
8628293     +The Tab Shoppe,    10077 US Highway 61,    Ste. Genevieve, MO 63670-8482
```
The following entities were served by electronic transmission.
NONE.                                                                                               TOTAL: 0

```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
8628275      FedEx freight,    4103 Collection Center Drive
8628272      Federal Taxes
8628291      State Taxes
8628282*    +Mary Ann Monzel,    2 S. 571 Sova Lane,    Warrenville, IL 60555-1446
                                                                                               TOTALS: 3, * 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0752-1          User: amcc7              Page 2 of 2              Date Rcvd: Sep 18, 2008
Case: 04-39947                Form ID: pdf002          Total Served: 37

              ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Sep 20, 2008**               **Signature:**         *Joseph Speetjens*